UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GERALDINE TALLEY HOBBY
P.O. Box 441972
FORT WASH., MD. 207491972
301-254-1409

Case: 1:07-cv-01061
Assigned To : Collyer, Rosemary M.
Assign. Date : 06/15/2007
Description: EMPLOY-DISCRIM.

D.C. GOVERNMENT
D.C. PUBLIC SCHOOLS
825 NORTH CAPITOL ST, N.E. 6th floor
WASHINGTON, D.C.
202-442-5420 et. al
Superintendent James

COMPLAINT

This case arises around my employ-
ment with the D.C. Public School
School System as an Art Teacher
from 1967 to 1992 in a retroactive
termination from D.C.P.S. retro-
active and dated May 5, 1995.

Additionally, I was covered under the
D.C. Teachers Retirement Plan
under the Federal Gov't but my
union the Washington Teachers
Union did assist me at all,
belt the American of Federation

RECEIVED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

of Teacher's Association stated that they should have helped me. I was fradulently and erroneously terminated from D.C.P.S. after almost 31 years of service, including the time under disability compensation (which up an award

D.C.P.S. should have protected my vested interest and tenue under the color of the law, as well as my life, liberty, and persuit of happiness which have been deprived of.

A Jury Trial is requested.

The amount of requested is $21,000;000.00 (21 million $'s) for pumitive damages, pain and suffering as well as compensating damages (lost of real and personal property as well.

This complaint can be amended at any time.                                Geraldine Tally Hold

To God be the Glory
In God I Trust

EEOC Form 161 (3/98)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Geraldine Talley Hobby<br>P.O. Box 441972<br>Ft Washington, MD 20749 | From: Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **570-2006-01636** | **Janet Stump,**<br>**Enforcement Supervisor** | **(202) 419-0713** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [X] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [ ] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

*Dana R. Hutter* (signature)

**Dana Hutter,**
**Director**

**FEB 23 2007**

(Date Mailed)

cc:    **Gerrie Mccottry**
**EEO Officer**
**D.C. PUBLIC SCHOOLS**
**825 N. Capitol St., N.E.**
**9th floor**
**Washington, DC 20002**

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 570-2006-01636 |

|  | D.C. Office Of Human Rights | and EEOC |
|---|---|---|
|  | State or local Agency, if any |  |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Geraldine Talley Hobby** | **(301) 254-1409** | **06-13-1945** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 441972** | **Fort Washington, Maryland 20749-1972** |

Named Is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **DC PUBLIC SCHOOLS** | **500 or More** | **(202) 724-8062** |

| Street Address | City, State and ZIP Code |
|---|---|
| **825 North Capitol Street, N.E., 9th Floor** | **Washington, DC 20002** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **1995**    Latest **07-11-2006**
*Retroactive to 1992 924*

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by D.C. Public Schools in 1967 as an Art Teacher. By 1969, I had tenure. In 1986 and 1990, I suffered injuries which left me with a disability and several restrictions including, but not limited to bending and lifting. In 1995, I was suddenly terminated while I was still injured. My termination was made retroactive to 1992. As a result of the termination, I was unable to retire and draw full benefits which I had accumulated and was entitled to receive after three decades of teaching. The termination also stopped my workers' compensation benefits. I have tried to obtain information regarding my benefits from D.C. Public Schools and have received no response. On July 11, 2006, I again tried to obtain information and to date have not received any. I believe that I have been discriminated against and continue to be discriminated against because of my age (50/61) in violation of the Age Discrimination in Employment Act of 1967, as amended, my race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *Oct. 28, 2006*    *Geraldine Talley Hobby*  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1801 L Street, N. W., Suite 100
Washington, D. C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0740

# INTAKE QUESTIONNAIRE
(LOCAL USE FORM 283)

This form is covered by the Privacy Act of 1974. See the Privacy Act
Statement on the last page of this document before completing this form.

EEOC USE ONLY
INQUIRY #:
570-2006-00636N

**Please print your answers to the following questions. When finished, sign and date on Page 5.**

First Name: Geraldine Talley Hobby    MI: 61    Last Name: Hobby
Address: P.O. Box 441972    Apt. _____
City: Washington    State: D.C.    Zip Code: 20749 (20749-1972)    County: _____
Telephone #: Home (301) 254-1409    Cell ( ) _____
Work ( ) _____    (202) 528-1678
Email: _____
Date of Birth: 6 / 13 / 45
Gender: [ ] Male    [ ✓ ] Female
Race: [ ✓ ] Black    [ ] White    [ ] Other Race _____
[ ] American Indian or Native American    [ ] Asian or Pacific Islander
National origin: [ ] Mexican    [ ] Hispanic    [ ] Arab, Middle Eastern
[ ] East Indian    [ ] Other _____

Provide the following information for a person we can contact if we are unable to reach you:

First Name: Brandon M Hobby    MI: M    Last Name: Hobby
Address: Seven A Hobby    Apt. _____
City: East Wash    State: MD    Zip Code: 20744    County: _____
Telephone #: Home (202) 528-1678    Brandon Hobby    Cell ( ) _____
Work (812) 920-5632    Seven Hobby

Note: I called in months ago on the 800 #

EEOC
WASHINGTON FIELD OFFICE
2006 JUL 21 PM
1801 L ST.
WASHINGTON DC 2050

You believe you have been discriminated against because of: *(Check all that apply)*

[✓] Race          [ ] Color          [ ] Religion          [ ] National Origin

[✓] Age (40 or above)      [✓] Disability      [ ] Sex      [ ] Pregnancy

[ ] Retaliation for _____

If you checked "retaliation," have you ever previously filed a charge with EEOC or another civil rights agency or complained to your employer about discrimination?

[✓] No [ ] Yes –If yes, please explain: _____

_____

_____

_____

## COMPLAINT INFORMATION

For any block(s) that you checked above, describe the harm and how you feel you were discriminated against. Include names and job titles of all those involved, and the dates you were harmed.

I was injured on the job in 1986 and 1990, sustaining some of the same body parts neck - back (spine) etc. of which I have been discriminate against and denied my rights under the law continuation of workers compensation - retirement rights employment rights - all of which was terminated just to get rid of me after almost 31 years of dedicated and committed service in agency denial of rights and violation of the law (history!)

What reason(s) did your employer give for the action(s) taken against you? Or, what do you believe the employer will tell the EEOC?

None in writing failing to always reply in writing repeatedly and refusing to terminate/reverse it as well as establish my retirement rights - tenure/vested interest restored.

-3-

*I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and understanding.*

X _____     X __07_/_21_/_06___
Signature                              Date

Privacy Act Statement:

This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal date are given below.

    1. Form Number/Title/Date: Form 283, Intake Questionnaire, 10/94.

    2. Authority: U.S.C. 2000(e)(9), 29 U.S.C. 201, 29 U.S.C. 621

    3. Principal purposes: Provides information from the Charging Party relevant to filing a charge of discrimination.

    4. Routine uses: This questionnaire is used to make an official determination whether facts exist to prepare a charge of discrimination.

    5. Whether disclosure is mandatory or voluntary and effect on individual for not providing information: Voluntary. Failure to provide this information may affect whether the Commission processes your claim further.

Revised 6/06



COUNCIL OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20004

KATHY PATTERSON
COUNCILMEMBER, WARD 3

CHAIRPERSON
COMMITTEE ON EDUCATION,
LIBRARIES, AND RECREATION

OFFICE: (202) 724-8062
FAX: (202) 724-8118

July 12, 2006

Dr. Clifford Janey
Superintendent
District of Columbia Public Schools
Office of the Superintendent
825 North Capitol St., NE
9th Floor
Washington, D.C. 20002

Dear Dr. Janey:

I write to forward correspondence received from Geraldine Tally Hobby regarding her disability compensation from a workplace injury.

Ms.Hobby claims that her retirement package was not completed as required by both federal and D.C. law, and that she was not properly compensated while she was on disability.

Please review the enclosed documents and take the appropriate action. Thank you for your attention to this matter. I look forward to your reply.

Sincerely yours,

Kathy Patterson

Enclosures

Cc:    Ms. Geraldine Tally Hobby
        Toni De Masi, Director of Human Resources, D.C. Public Schools
        Peter Parham, Chief of Staff, Office of the Superintendent

Ms. Geraldine Talley Hobly
P. O. Box 44 2972
Fort Washington, MD.
July 11, 2006                20744-
                                    49

Council Lady Patterson
D.C. City Council,
Wilson Bldg.
Washington, DC.

2006 JUL 11 PM 12:13
COUNCILMEMBER PATTERSON

Dear Council Lady Patterson,
     Would you please review this informa-
tion, which addresses the actions of the
D.C. Public School System.. I would like
for you to also ensure me in writing
that you have received this letter
and information, as well as address-
ing Mr. Janey, DC Public Schools Superin-
tendent and Mr. Demasi, The
Director of Human Resources. Thank You
in advance for your concern and
assistance.

                    To GOD be the Glory;
                    In GOD I Trust
                    Geraldine Talley Hobly

P.S. Please forward an acknowledge

Government of The District of Columbia, Department of Employment Services

Disability Compensation Program

1200 Upshur Street, N.W., Washington, D.C. 20011

Telephone: (202) 576-7090, Fax: (202) 576-7292

## DENIAL OF AWARD FOR COMPENSATION BENEFITS

Claim Number: 337470

Name: GERALDINE HOBBY

Address: 5913 NORTH HAMPTON BLVD.

City/State/Zip: VIRGINIA BEACH, VA 23455

SSN: 226664279

Date of Injury: 02/02/1990

Agency: PUBLIC SCHOOLS

Occupation: ART TEACHER

YOUR DISABILITY COMPENSATION BENEFITS ARE HEREBY DENIED/TERMINATED FOR THE REASONS INDICATED BELOW. IF YOU DISAGREE, YOU MAY APPLY IN WRITING TO THE DEPARTMENT OF EMPLOYMENT SERVICES, LABOR STANDARDS, HEARINGS AND ADJUDICATION SECTION FOR A HEARING WITHIN 30 DAYS. YOUR HEARING RIGHTS ARE ENCLOSED.

### REASONS FOR DENIAL

( X ) WEIGHT OF THE MEDICAL EVIDENCE INDICATES AN ABILITY TO RETURN TO DUTY.

( ) NO MEDICAL EVIDENCE TO SUBSTANTIATE CAUSAL RELATIONSHIP CAUSAL RELATIONSHIP.
    BETWEEN THE INJURY ACCEPTED AND THE PRESENT DISABILITY.

( ) FACT OF INJURY NOT ESTABLISHED.

( ) FILING NOT TIMELY.

( X ) OTHER: SEE ATTACHED

### FINDINGS OF FACT

1. DATES AND TYPE OF ACCEPTED/REPORTED INJURY: 6/25/90 - LUMBAR SPRAIN/STRAIN

2. DATES OF CONTINUATION OF PAY (COP), IF ANY: N/A

3. DATES OF COMPENSATION PAYMENTS, IF ANY: 6/25/90 - 3/1/97

4. BASIS OF DENIAL/ TERMINATION:  IN A REPORT DATED 11/20/96 BY JOHN A. WILLIAMSON, M.D., STATES THAT FOR WORK RELATED CONDITION SHE IS ABLE TO GO BACK TO FULL DUTY AND THAT PRESENT DISABILITY IS RELATED TO HER DEGENERATIVE DISC DISEASE.  RICHARD T. HOLDEN, M.D OPINES IN REPORT DATED 1/27/97 NO EVIDENCE OF ANY DISABILITY RELATED TO FACTORS OF EMPLOYMENT AND SHE IS FIT FOR FULL DUTY IS RELATED TO HER DEGENERATIVE DISC DISEASE. RICHARD T. HOLDEN, M.D., OPINES IN REPORT DATED 1/27/97 NO EVIDENCE OF ANY DISABILITY RELATED TO FACTORS OF EMPLOYMENT AND SHE IS FIT FOR FULL DUTY.

5. COMMENCING DATE COMPENSATION DENIED: 3/1/97

| | |
|---|---|
| CLAIMS EXAMINER: TRACI WALLACE | *Traci Wallace* |
| LEAD CLAIMS EXAMINER: RUBY SMITH | *Ruby Smith* |
| ACTING ASSOCIATE DIRECTOR: DR. JOHN W. FITZHUGH | *signature* |
| CLAIMS CLERK: AA | |

| D.C. Disability Compensation Program IME Request Form ★★★ | Claimant's Name & Address: Geraldine F. Hobby 5913 North Hampton Boulevard Virginia Beach, Virginia 23455 Claimant's Phone Number: |
|---|---|
| Claim Number: 337–470 | Date of Injury:  2/22/90 |

ear Dr. Cor-Vel:

<sub>T</sub>hank you for your willingness to examine this claimant and furnish a written report to the Disability
<sub>C</sub>ompensation Program.

<sub>Is</sub>sues that must be resolved are identified below with additional issues on the enclosed Statement of Accepted
<sub>Fa</sub>cts. Please address these issues as specifically as possible, since your findings will be used to make a
<sub>de</sub>termination on the status of this individual's claim. It is vitally important that we receive your report as soon
<sub>as</sub> possible. You may fax the report to our office on: (202) 576-7292.

<sub>If</sub> you determine that additional testing or referral to clarify factors pertaining to your evaluation of the WORK-
<sub>RE</sub>LATED condition(s) of the claimant is needed, you are authorized to arrange that testing or referral.

## PLEASE RESPOND IN TERMS OF THE ISSUES CHECKED BELOW

)    Is the claimant's disability causally related to the **FACTORS OF EMPLOYMENT?**
)    If there are underlying non-work related conditions contributing to the disability , identify and give an
     estimate of the percentage of disability caused by these conditions.  **PLEASE DO NOT ADDRESS
     THE MANAGEMENT OF THE NON-WORK RELATED CONDITION(S).**
)    Is the claimant disabled for full and/or light duty as related to the **WORK RELATED
     CONDITION(S)?**
)    Has maximum medical benefit been reached?
)    Is there a permanent disability related to employment? If so, what is the degree, using the AMA Guide
     to Disability as a reference.
)    If you think return to the duties performed prior to injury is not likely, is the claimant a candidate for
     Vocational Rehabilitation services?
)    In your opinion should the procedure(s) or studies listed below, recommended by the treating provider,
     be authorized?
)    WHAT ARE YOUR RECOMMENDATIONS FOR THE MANAGEMENT OF THE WORK-
     RELATED CONDITIONS OF THIS CLAIMANT?
     Do you find there has been a recurrence of the following condition(s):

PUBLIC SCHOOLS OF THE DISTRICT OF COLUMBIA

| TRANSACTION CODE | | ORIGINATING AGENCY | G | A | D.C. PUBLIC SCHOOLS |
|---|---|---|---|---|---|

| 1 SOCIAL SECURITY NUMBER | 02 | 2 NAME | 008 | | 2A 1 MR 3 MISS | | YM 3 DATE/ACTION NO | 4 EFFECT DATE |
|---|---|---|---|---|---|---|---|---|
| 226664279 | | HOBBY | GERALDINE | V | 2 MRS 4 MS | | 3 5135090322 | 05 04 9 |

| 5 DEPARTMENT | A ADDRESS | STREET | | 7 DATE OF BIRTH | 021 | 8 PHYSICAL HANDICAP |
|---|---|---|---|---|---|---|
| ELEMENTARY EDU6117 | MARLIN | LA | | 06 13 45 | | 06 |
| CATION | 364 | STATE | 035 | ZIP | 216 | 9 VETERANS PREFERENCE |
| | CAMP SPRINGS MD 20748 | | | 1 NONE 3 10 PT DISAB 5 10 PT OTHER | | 01 |
| | | | | 2 5 PT 4 10 PT DCMR | | |

| 10. NATURE OF ACTION/CODE | | | | NTE DATE | 232 11 AUTHORITY | | EMPLOYMENT DATE |
|---|---|---|---|---|---|---|---|
| LOA WORKERS CO | | | | MO DY YR | | | MO DY YR |
| MPENSATION | G A 4 1 3 | | | | 5 DCMR CHAPTER 10 | | 01 09 67 |

| 12 SERVICE | 222 13 DL SERVICE | 14 FEGLI REGULAR | 084 | FEGLI OPTIONAL | | 086 15 HEALTH BENEFITS CODE |
|---|---|---|---|---|---|---|
| COMP DATE | COMP. DATE | 1 COVERED | | 1 UNDER 35 5 50-54 | | 105 |
| MO DY YR MO DY YR | | 2 INELIGIBLE | | 2 35-39 6 55-59 | | |
| 01 09 67 01 09 67 | 1 | 3 WAIVED | | 3 40-44 7 60 AND UP | | CARRIER CONTROL NO |
| | | | | 4 45-49 | | |

| 16. FROM: POSITION TITLE AND NUMBER | 17. PAY SCHEDULE | SERIES | 18. GRADE | STEP | 19. SALARY | FLAG | TIME SERVICE |
|---|---|---|---|---|---|---|---|
| TEACHER ART ELEMENTARY | ET | 10480 | 15 C | 0Y | PA 46509 | | 15 |
| | 20. ORGANIZATIONAL UNIT | | | | SCHOOL — TENURE IN SYSTEM | | |
| | KIMBALL | 5576 | | | PERMANENT | | |
| 70012037A | 21. PAYROLL ORG. CODE | | | PAY GROUP | TENURE IN POSITION | | |
| | 72101576 | | | 6 | PERMANENT | | |

| 22. TO: POSITION TITLE AND NUMBER | 23 PAY SCHEDULE SERIES | 225 24 GRADE | 031 STEP | 032 25 SALARY | 033 FLAG | TIME SERVICE | 04 |
|---|---|---|---|---|---|---|---|
| | 26. ORGANIZATIONAL UNIT | | | SCHOOLS - TENURE IN SYSTEM | | | |
| | 27 PAYROLL ORG CODE | 004 | | TENURE IN POSITION | | | |

| 28 LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT | | 29 RETIREMENT | 070 | | |
|---|---|---|---|---|---|
| | | 01 CS RETIRE 05 JUDGES (3.5%) 09 JDC (12.5%) | | 13 FICA NO TIAA CREF | |
| | | 02 TEACHERS 06 JUDGES (6.5%) 10 JDC (15%) | | 14 CS LAW ENFORCEMENT | |
| AGENCY CONTROLLER OR DESIGNEE DATE | | 03 POLICE/FIRE 07 RESERVED 11 FICA | | 15 0 042;0 | |
| | | 04 JUDGES (3%) 08 UDC (10%) 12 NONE | | | |

| 30 PAY GROUP | 001 31. RETAINED GRADE | EXPIRATION DATE MO DY YR | 224 32. CORRESPONDING GRADE | 33 SERVICE CODE | 026 34 | 35 LEAVE CEILING | 19 |
|---|---|---|---|---|---|---|---|
| 6 | | | | | | | |

| 36 EMPLOYMENT TYPE | 027 37 POSITION TYPE | 235 38 TERMINATION CODE | 183 39 CERTIFICATE TO EMPLOY N |
|---|---|---|---|
| 1 FULL TIME 4 PART-TIME TEMP | 1 CAREER 5 JUDICIAL | 1 RESIGN 5 DECEASED | |
| 2 PART-TIME 5 INTERMITTENT | 2 EDUCATIONAL | 2 RETIRE 6 TERMINATED | |
| 3 FULL TIME TEMP 1 | 3 EXECUTIVE 5 | 3 TRANSFER 7 VOLUNTARY SEPARATION | |
| | 4 EXCEPTED | 4 MILITARY 8 INVOLUNTARY SEPARATION | |

| MULTIPLE RULES | RULE | FUND | AGENCY | YR | RESP CENTER | POS PSF | MRU | ARC | COST CENTER | JOB | ACTIVITY | ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES NO PRIMARY | 1 0 0 | GA | 5 | | | 3 | | 0 | 0 0 0 0 | | 0 0 0 0 |
| X OTHER | | | | | | | | | | | |

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.
☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING _____

REMARKS:

**Employee is being placed on LOA Disability Compensation. Leave shall not extend beyond the two (2) year retention rights period. Reinstate- shall be made to the same or similar position from which leave was granted, provided the absence does not exceed two (2) years. Certific- ation to return to duty must be submitted to the Division of Human Resource Management 30 days in advance.**

**PRESENT STEP AND SALARY IS 15C/0Y - $51,922**

| | PAY PROCESS CODE | 40. WORK PERMIT NUMBER | 078 PAY STATUS | 044 41. TAX TABLE | 073 42. EXEMPTIONS | 071 STATE | 074 43 ADDITIONAL FEDERAL TAX | 07 |
|---|---|---|---|---|---|---|---|---|
| LGM | | | | | | | | |

| 44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) | DATE MO DY YR | 45. APPROVING OFFICER AND AGENCY (SIGNATURE) | APPROVAL DATE MO DY YR |
|---|---|---|---|
| DR. FRANKLIN SMITH | | James R. Daugherty | |
| (TITLE) | 05 04 90 | JAMES R. DAUGHERTY DIRECTOR, PERSONNEL SERVICES | 05 15 95 |

FREEDOM OF
INFORMATION
ACT

Ms Geraldine Talley Noble
P.O. Box 44(972

RECEIVED
DCRB BENEFITS DEPT.

2006 JUL 14 P 1:00

July 14, 2006

To the Director Connie Donovan
D.C. Retirement Board
900 7th Street NW., Suite 200
Washington C.

Dear
        Yesterday I left a request with
you. I am further requesting that
you put in writing how my retire-
ment can be reinstated, so that
monthly benefits are received and
can you calculate it. Please answer
all questions in writing. Thanks,
                    Geraldine Talley Noble

        To GOD be the Glory,
        In GOD I trust,

Rec'd
7/13/06 : 4:18 pm
Ps

Mr. Geraldine Kelley Holly
P.O. Box 44 1972
July 13, 2006

RECEIVED
DCRB BENEFITS DEPT.

2006 JUL 13 P 4:25

Director, Connie Donovan
D.C. Retirement Board
900 7th Street, NW, Suite 200
Washington, D.C. 20011

Freedom of Information Act

I am requesting a calculation of
the amount of benefits (money) that was
placed into my retirement fund by
the D.C. Board of Education (Gov't) as
well as the Federal Government,
since I was hired as a probationary
Art teacher in 1967, under civil
service. I became permanent in
1969 and I had a "vested interest",
as well as "tenure" which should
have still existed.

In 1986 and 1990 I sustained two
work related injuries of the same body

parts the neck and the back (S-I) as well as other injuries. My right knee &. My disability Compensation benefits were terminated (erroneously and fradulently) as well as my employment with the D.C. Public Schools was terminated in 1995, back dated to 1992, unknowing to me and in the personnel file, when in fact I had a "vested interest" and "tenure". Additionally, I could have been able to retire on disability retirement and would have had the age for full retirement two years after my benefits were terminated (55).

This all needs to be corrected! What can you do?

Additional Questions

When or what date did the Retirement Board became effective over finalizing retirements? (for teachers) What date did D.C. Public School become solely responsi

for teacher retirements. (Or has it ever been solely responsible for doing teaching or has this office?

How much is presently in my retirement fund? (D.C. and Federal separated?) I need a yearly break down as well of D.C. and Federal? What steps are need to be reconsidered for retirement? All of the above events and issues in my termination of employment as well as termination of worker's compensation benefits has left me with a feeling of "abandonment" and "devastion" for myself and my children, as a widow, and dedicated and committed employee of the D.C. Government. Please respond promptly. Thanks

To GOD be the Glory!
In GOD I Trust!

Geraldine Tilley Robley

(301) 203-8144 (202) 528-1678 (202) 920-5632

4

P.S. Additionally, I was told by the Federal Government that I should have been Separated, not terminated from the system.

Truly,

Geraldine F. Hable

# D. C. TEACHERS' RETIREMENT SYSTEM

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | DATE OF BIRTH | MEMO: |
|---|---|---|---|---|---|
| ~~HALEY~~ HODGE, | Geraldine | Virginia | M / F: X | MONTH 6 / DAY 13 / YEAR 1945 | |

EMPLOYEE NO. 820402
SOC. SEC. NO. 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

(RECORD EACH NAME CHANGE—STRIKE OUT PREVIOUSLY RECORDED NAME)

## SERVICE HISTORY

| EFFECTIVE DATE (1) | ACTION (2) | BASE PAY (3) | REMARKS (4) |
|---|---|---|---|
| 9-1-67 | Appt. Prob. | 5,840.00 | 15A/1, Teacher |
| 07-01-68 | Sal. incr. | 7,000 | PL-90-319 |
| 09-01-68 | Step incr. | 7,280 | 15A/2 |
| 09-01-69 | Made perm. | 8,430 | 15A/3 |
| 11-28-69 | Name Chg. | | |
| 06-30-70 | LOA-Mat. | | |
| 07-01-70 | Step incr. | 8,745 | 15A/4 |
| 12-16-70 | RTD | | |
| 07-01-71 | Step incr. | 9,060 | 15A/5 |
| 07-01-72 | Step incr. | 9,375 | 15A/6 |
| 09-01-72 | Sal. incr. | 10,025 | PL-92-518 |
| 07-01-73 | Step incr. | 10,445 | 15A/7 |
| 09-01-73 | Sal. incr. | 10,965 | PL-92-518 |
| 05-01-92 | Term | 46,653 | |

## FISCAL RECORD

| YEAR (5) | CALENDAR YEAR SALARY DEDUCTIONS (6) | ACCUMULATIVE TOTAL SALARY DEDUCTIONS (7) | INTEREST | TOTAL IN FUND (8) |
|---|---|---|---|---|
| 67 | 113.88 | 113.88 ✻ | | |
| 68 | 439.75 | 553.63 ✻ | | |
| 69 | 478.66 | 1,032.29 ✻ | | |
| 70 | 425.82 | 1,458.11 ✻ | | |
| 71 | 619.90 | 2,078.01 ✻ | | |
| 72 | 636.80 | 2,714.81 ✻ | | |
| 73 | 648.06 | 3,362.87 ✻ | | |
| 74 | 785.04 | 4,145.91 | | |
| 75 | 978.18 | 5,124.09 | | |
| 76 | 1,136.74 | 6,260.83 | | |
| 77 | 1,273.62 | 7,534.45 | | |
| 78 | 1,204.01 | 8,738.46 | | |
| 79 | 1,422.00 | 10,160.46 | | |
| 80 | 1,683.01 | 11,843.47 | | |
| 81 | 1,753.04 | 13,596.51 | | |
| 82 | 1,930.84 | 15,527.35 | | |
| 83 | 1,994.56 | 17,521.91 | | |
| 84 | 2,241.77 | 19,763.68 | | |
| 85 | 2,419.80 | 22,183.48 | | |
| 86 | 2,246.24 | 24,429.72 | | |
| 87 | 2,729.41 | 27,159.13 | | |
| 88 | 2,891.73 | 30,050.86 | | |
| 89 | 3,042.12 | 33,092.98 | | |
| 90 | 2,436.06 | 35,529.04 | | |
| 91 | 8.04 | 35,537.08 | | |
| 92 | | | | |
| 93 | | | | |
| 94 | | | | |
| 95 | | | | |
| 96 | | | | |
| 97 | 0.00 | 35,537.08 | | 35,537.08 |

*Handwritten note:* Paid on voucher # R40195 DTD 4/11/97



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Executive Director*
Department of Human Resources
825 North Capitol Street, NE, Sixth Floor
Washington, DC 20002-4232
202/442-5420, fax: 202/442-5315
www.k12.dc.us

October 31, 2006

Ms. Geraldine T. Hobby
Post Office Box 441972
Fort Washington, Maryland 20749

Dear Ms. Hobby:

This communiqué is in response to your request dated October 17, 2006, that was received in DCPS Office of Human Resources. On February 9, 2006, you spoke with Ms. Sheila Reid in Retirement Section concerning your eligibility for retirement. A review of your records revealed that you were terminated from DCPS and placed on Worker's Compensation effective May 4, 1992. Since your job related injury exceeded two years your retention rights period expired. Therefore, you were no longer a DCPS employee.

Further verification with DC Retirement Board confirmed that you received a refund of your retirement contributions from September 1, 1967 through May 4, 1992. Due to this refund you are not eligible for disability or deferred retirement form Worker's Compensation. A copy of the refund voucher #R40195 dated April 4, 1997 was mailed to you on February 10, 2006.

Regarding your letter dated May 30, 2006, your further complaint must be addressed with The Office of Risk Management. You should contact them directly on (202)727-8600.

If you require additional assistance please contact Ms. Sheila Reid in DCPS Retirement Section on (202) 442-5383.

Sincerely,

Tony J. Demasi
Executive Director

cc: Kathy Patterson, DC City Council

"DCPS: Success, One Student at a Time



United States
# Office of
## Personnel Management

Retirement Operations Center
PO Box 45
Boyers, Pennsylvania 16017

December 14, 2006

Geraldine T. Hobby
PO Box 441972
Ft. Washington MD 20749-1972

Dear Ms Hobby:

This is in response to your letter of December 7 in which you inquired about the retirement plan under which you would be covered.

As a result of our telephone conversation last month, I contacted the DC Public Schools Human Resources Office. They explained that as you were hired directly by the DCPS as a full time teacher, you were eligible to be covered by the DC Teachers' Retirement Plan. Some DCPS employees are initially hired on a temporary or non-probationary basis. Those individuals who were not "direct hire" were not eligible to be covered by the DC Teachers' Retirement Plan and **may** have been eligible for another federal retirement plan.

I trust this explains why you were covered by the DC Teachers' Retirement Plan. Again, I recommend you to follow the guidance the MSPB offered for reconsideration of the other issues you raise.

Best wishes for Peace during this holiday season.

Sincerely,

REID H. AHL, C.M.
Legal Administrative Specialist
Annuity Processing

Rev0403



United States
# Office of
# Personnel Management

Retirement Operations Center
PO Box 45
Boyers, Pennsylvania 16017

November 27, 2006

Geraldine Talley Hobby
Apt 3A
510 Rockaway Ave
Brooklyn NY 12112

Dear Ms Hobby:

This letter is in response to your telephone call of November 22. You asked if you would be eligible for retirement through the Civil Service Retirement System.

According to the records filed with OPM, you were hired as a teacher with the DC Public Schools through a probationary appointment on September 1, 1967. As you were a direct hire, you were covered by the DC Teachers' Retirement System. The records also show that you applied for a refund of those contributions; they were paid to you on April 11, 1997.

As you were covered by the DC Teachers' Retirement System, OPM is not the agency responsible to pay your retirement benefits. As your case has been reviewed by the Merit Systems Protection Board, I would recommend you follow their guidance.

Sincerely,

REID H. AHL, C.M.
Legal Administrative Specialist
Annuity Processing
888-767-6738

Rev0403


*A Union of Professionals*

American Federation
of Teachers, AFL-CIO

AFT Teachers
AFT PSRP
AFT Higher Education
AFT Public Employees
AFT Healthcare

Edward J. McElroy
PRESIDENT

Nat LaCour
SECRETARY-TREASURER

Antonia Cortese
EXECUTIVE VICE PRESIDENT

Southern Regional Offic

Al Squire
DIRECTOR

Leonard Lee
DEPUTY DIRECTOR

555 New Jersey Ave. N.V
Washington, DC 20001
T: 202/393-5673
F: 202/393-5672
E: asquire@aft.org
   llee@aft.org

April 11, 2006

Ms. Geraldine Hobby
710 Carnoustie Lane
Fort Washington, MD   20744

Ms. Hobby:

I am in receipt of your phone messages to my office and wanted to take the time to offer this response. Concerning the nature of the items you listed in your message (e.g., retirement, workers compensation, and other employment), the appropriate party to respond to your request for information would be the local affiliate, Washington Teachers Union.

I have taken the liberty of forwarding your request to their offices; you should be contacted by a WTU representative soon. Thank you for contacting the AFT.

Sincerely,

Al Squire
Director, Southern Region

Cc:    George Parker, WTU
       Clay White, WTU



# Washington Teachers' Union

Local 6 of the American Federation of Teachers, AFL-CIO

**George Parker**
President
**Nathan A. Saunders**
Gen. Vice President
**Joyce Armoo**
Secretary
**Sallie L. Dorsey**
Treasurer
**Alfred Hubbard**
VP Senior High
**Willie Brewer**
VP Junior High
**Lorraine Smith**
VP Elementary
**Douglas Carter**
VP Spec. Education
**Andre Taylor**
VP Spec. Services
**Derek Davis**
VP Career Dev.

**MEMBERS AT LARGE**
**Rebecca B. Smith**
Senior High
**Jackie Shuler**
Senior High
**Camille Locke**
Junior High
**Oliver Jackson**
Junior High
**Darlene McEwan**
Elementary
**Steve Aupperle**
Elementary
**Deborrah Hines**
Elementary
**Rochelle Fair**
Elementary
**Laurel Tucker**
Special Services
**Gloria Everett**
Special Services
**Annette Anderson**
Special Services

**BOARD OF TRUSTEES**
William Rope
Diane Riley
Joshua Rasco

'PD CHAPTER
'aret Jamison
'nt

'CHAPTER
L. Taylor

March 27, 2006

Geraldine Hobby
710 Carnoustie Lane
Fort Washington, MD 20744

Dear Ms. Hobby:

I am in receipt of your letter dated March 7, 2006. You are correct with the assertion that I attempted to intercede on your behalf. Unfortunately, the Washington Teachers' Union has no control over the DCPS Retirement System or the Disability Compensation machinations. Please know in retrospect we used our best efforts to assist you.

Sincerely,

Nathan A. Saunders
General Vice President

NAS: dd

Cc:    George Parker

PERS. FORM #1
(REV. 8/80)

★★★ GOVERNMENT
OF THE
DISTRICT OF COLUMBIA

PERSONNEL ACTION

PUBLIC SCHOOLS OF THE DISTRICT OF COLUMBIA

ORIGINATING AGENCY | G A | D.C. PUBLIC SCHOOLS

| TRANSACTION CODE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. SOCIAL SECURITY NUMBER | 002 2 NAME 008 | | 009 3. DATE/ACTION NO. | 4 EFFECT DATE |

2A 1 MR 3 MISS
226664279 | MJC LAST FIRST MIDDLE | GERALDINE V | 3 5135090740 | MO DY YR 05 04 92
2 MRS 4 MS

5. DEPARTMENT | 6 ADDRESS 013 STREET | 7 DATE OF BIRTH 221 | 8 PHYSICAL HANDICAP
ELEMENTARY EDU6117 | MARLIN LA | 06 13 45 | 06
CATION | 014 CITY STATE 015 ZIP 016 | 9 VETERANS PREFERENCE
CAMP SPRINGS MD 20748 | 1 NONE 3 10 PT DISAB 5 10 PT OTHER 01
2 5 PT 4 10 PT COMP

NTE DATE 232 | 11. AUTHORITY | EMPLOYMENT DATE 223
10. NATURE OF ACTION/CODE | MO DY YR | MO DY YR
TERM. WORKERS COMP | | 01 09 67
ENSATION . | G A 9 1 6 | 5 DCMR CHAPTER 10 | 086 | 15 HEALTH BENEFITS CODE 081
105
12. SERVICE 222 13. DL SERVICE | 14 FEGLI REGULAR 084 FEGLI OPTIONAL | CARRIER CONTROL NO 080
COMP DATE COMP. DATE | 1 COVERED 1 UNDER 35 5 50-54
| 2 INELIGIBLE 2 35-39 6 55-59
MO DY YR MO DY YR | 3 WAIVED 3 40-44 7 60 AND UP
01 09 67 01 09 67 | 1 4 45-49

16. FROM: POSITION TITLE AND NUMBER | 17. PAY SCHEDULE SERIES 18. GRADE STEP 19. SALARY FLAG TIME SERVICE
TEACHER ART ELEMENTARY | ET 10480 15 C 0Y PA 46654 15
| 20. ORGANIZATIONAL UNIT | SCHOOL — TENURE IN SYSTEM
| KIMBALL 5576 | PERMANENT
| 21. PAYROLL ORG. CODE PAY GROUP | TENURE IN POSITION
70012037A | 72101576 6 | PERMANENT
22. TO: POSITION TITLE AND NUMBER | 23 PAY SCHEDULE, SERIES 225 24 GRADE 031 STEP 032 25 SALARY 033 FLAG TIME SERVICE 043

| 26. ORGANIZATIONAL UNIT | SCHOOLS - TENURE IN SYSTEM

| 27 PAYROLL ORG CODE 004 | TENURE IN POSITION

28 LABOR DISTRIBUTION RULE IS CERTIFIED CORRECT | 29 RETIREMENT 070 | | 13 FICA NO TIAA/CREF
| 01 CS RETIRE 05 JUDGES (3.5%) | 09 UDC (12.5%) | 14 CS LAW ENFORCEMENT
| 02 TEACHERS 06 JUDGES (6.5%) | 10 UDC (15%) | 15 02 0420
| 03 POLICE/FIRE 07 RESERVED | 11 FICA |
AGENCY CONTROLLER OR DESIGNEE DATE | 04 JUDGES (3%) 08 UDC (10%) | 12 NONE | LEAVE 196
CEILING
30 PAY 001 31. RETAINED GRADE | EXPIRATION DATE 224 32. CORRESPONDING GRADE | 33 SERVICE CODE 026 34
GROUP 6 | | S03 MAA
36 EMPLOYMENT TYPE 027 | 37 POSITION TYPE 235 | 38 TERMINATION CODE 183 | 39 CERTIFICATE TO EMPLOY NO
| 1 CAREER 5 JUDICIAL | 1 RESIGN 5 DECEASED
1 FULL-TIME 4 PART-TIME TEMP | 2 EDUCATIONAL | 2 RETIRE 6 TERMINATED
2 PART-TIME 5 INTERMITTENT 1 | 3 EXECUTIVE 2 | 3 TRANSFER 7 VOLUNTARY SEPARATION 8
3 FULL TIME TEMP | 4 EXCEPTED | 4 MILITARY 8 INVOLUNTARY SEPARATION

| MULTIPLE RULE FUND AGENCY YR RESP CENTER POS PSF MRU ARC COST CENTER JOB ACTIVITY ITEM % |
| YES NO PRIMARY 1 00 GA 57 A B 0 1 0 0 A A F 0 0 2 5 9 0 0 0 0 0 A A 0 4 0 0 0 0 |
| x OTHER |

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.
☐ SUBJECT TO COMPLETION OF _____ YEAR _____ PERIOD BEGINNING _____

REMARKS:
The employee's absence from work due to a job related injury has
exceeded the two (2) yr. retention rights period. The employee is
being terminated from D.C.P.S.. Health benefits should have been
transferred out to the D.C. Div. of Disability and Crime Compensation.
HEALTH BENEFITS COVERAGE TERMINATES 31 DAYS FROM THE END OF THE PAY PERIOD
IN WHICH SEPARATION IS EFFECTIVE. HEALTH BENEFITS MAY BE CONTINUED FOR AN
ADDITIONAL 18 MONTHS UPON REQUEST OF TEMPORARY CONTINUATION OF COVERAGE.
REGISTRATION INFORMATION CAN BE SENT TO YOU BY CONTACTING YOUR BENEFITS
REPRESENTATIVE ON 724-4080.

LGM | 4Q WORK PERMIT NUMBER 078 | PAY STATUS 044 41. TAX TABLE 073 | 42. EXEMPTIONS 071 STATE 074 | 43. ADDITIONAL FEDERAL TAX
PAY PROCESS CODE

44 DEPARTMENT HEAD OR DESIGNEE (SIGNATURE) DATE MO DY YR | 45 APPROVING OFFICER AND AGENCY (SIGNATURE) | APPROVAL DATE MO DY YR
FRANKLIN SMITH | 05 04 92 | James R. Daugherty JAMES R. DAUGHERTY, DIRECTOR, PERSONNEL SERVICES | 05 15 95

Disability Compensation Program
Upshur Street, N.W.
Washington, D.C. 20011

**LEAVE REPURCHASE**

Claimant's Name:  Geraldine Hobby

Date of Injury:  February 22, 1990

Claim Number:  337-470

SSN:  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

Records within the Disability Compensation Program (DCP) indicate that you used annual and/or sick leave during the period in which you were disabled as a result of your work injury. For this reason, you are entitled to "buy back" all leave used.

Based on information presently available within the Disability Compensation Program, you would have been eligible to receive compensation benefits as follows:

| 1. Period | 2. Gross Compensation: |
|---|---|
| From: 4/23/90          To: 6/25/90 | $ 4,083.21 |
| 27 hrs. S/L - 8 days Weekend Total 35.5 | |

If you wish to "buy back" leave, you may arrange with the D.C. Payroll Office to pay the difference between the cost of the leave which you used and compensation which would have been paid to you.

To repurchase all or part of the leave which you used, complete Items 1 through 4 on the reverse of this form.  Take the completed form to your agency Payroll Office.  Once the Payroll Office attaches a copy of your time and attendance reports, along with a day-to-day breakdown of leave used, this form will then be forwarded by your Payroll Office to the D.C. Payroll Office.

The D. C. Payroll Office will complete Items 5 through 8 and return the form to the DCP. We will then authorize the issuance of a check to the D.C. Treasury in an amount necessary for your leave to be reinstated.

If you do not wish to repurchase your leave, please advise this office immediately.

If you have any questions concerning the "repurchase" of your leave, please feel free to contact me on 576-7090.

Sincerely,

Claims Examiner

DCP 1207
Rev. 5/94

Government of the District of Columbia

Department of Employment Services

| Division of Disability and Crime Compensation | · | · | 1200 Upshur Street N.W. | · | · | Washington, D.C. 2001l |

February 6, 1991

Ms. Geraldine Hobby
435 Webster Ave
Apt2C
New Rochelle NY   10801

                                        CLAIM NUMBER:   337470

Dear Ms. Hobby:

This letter is in reference to your compensation with our office.

Your compensation benefits are based on a yearly salary of $46,009.00. This amount is divided by 20 pay periods and then divided by 15 days to get a daily rate of $153.36. This is multiplied by 7 to get a weekly rate of $1,073.52. Your compensation is then based on $1,073.52 per week at a 3/4 rate since you have dependents.

An example would be 7 days of disability
                    7 days per week    X 3/4 X $1,073.52 = $805.14

A summary of your payments follows:

| Period | Days | Gross Amount | Net Less Insurance |
|--------|------|-------------|---------------------|
| 06/25/90 - 10/18/90 | 58 1/2 | $6,728.67 | $6,728.67 |
| *10/19/90 - 11/6/90 | 19 | $3,059.53 | $2,739.58 |

*This payment was paid at 5 work days instead of 7 divided that created an overpayment.

| *10/19/90 - 11/26/90 | 39 | $4,485.78 | |
| *Less previous paid | 19 | $3,059.53 | |

| Amount paid | 20 | $1,426.25 | $1,390.70 |

*The amount was also paid on wrong work days.

| *11/27/90 - 12/15/90 | 19 | $3,025.25 | $3,023.90 |

\*This payment was also paid on wrong work days.

| | | | |
|---|---|---|---|
| 11/27/90 - 12/31/90 | 35 | $4,025.70 | |
| \*Less previous paid | 19 | $3,059.53 | |
| Amount paid | 16 | $0,966.17 | $0,930.62 |
| 1/1/91 - 1/15/91 | 15 | $1,725.30 | $1,689.75 |
| 1/16/91 - 1/31/91 | 16 | B E G I N G   P R O C E S S | |

I hope this explains your payments.

Sincerely,

Jo Louderback
Claims Examiner

cc:  Maryland Address

**NOTE:** Enclosed are travel voucher as requested.

| VOUCHER | FIN AG | INVOICE | INVOICE DATE | REF DOC | AMOUNT |
|---------|--------|---------|--------------|---------|--------|
| F 044572 | BG0 | 000626 | 06/26/2000 | | $4,083.21 |

ISSUED BY: BGZ DOES - DISABILITY COMPENSATION          (202)727-9929

CHECK DATA
ID: 121 005150184          DATE: 07/12/2000     AMOUNT          $4,083.21

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

1570788          ◀ REMOVE DOCUMENT ALONG THIS PERFORATION ▶

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND AND MULTIPLE SECURITY FEATURES

GOVERNMENT OF THE DISTRICT OF COLUMBIA          5150184

07/12/2000

*** 4,083.21

VOID 180 DAYS FROM DATE

PAY TO THE ORDER OF: GERALDINE HOBBY
410 E ST NW
WASHINGTON, DC DC 20001

DOES DISAB COMP

⑈5150184⑈ ⑆053107989⑆ 000480112547⑈

INMENT OF THE DISTRICT OF COLUMBIA
E OF THE D.C. TREASURER
RSING SECTION
TH ST., N.W. SUITE 1C020
INGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE
5150184

HOLD FOR AGENCY PICKUP

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
WASHINGTON, DC
PERMIT NO. 6194

DC TREASURY
GERALDINE HOBBY
410 E ST NW
WASHINGTON, DC DC 20001
USA



### GOVERNMENT OF THE DISTRICT OF COLUMBIA
#### OFFICE OF THE CHIEF FINANCIAL OFFICER
#### DEPUTY CFO FOR FINANCIAL OPERATIONS & SYSTEMS

OFFICE OF PAY & RETIREMENT SERVICES

410 E. STREET, N.W.
WASHINGTON, D.C. 20C

NOVEMBER 24, 2000

### MEMORANDUM

**TO:**  Dorris Ratlif
Payroll Manager
DC Public Schools

**FROM:**  Shirley Jones
Special Pay Officer
Office of Pay and Retirement Services

**SUBJECT:**  **Payment Schedule for Reinstated Leave**

The D.C. Treasurer was recently reimbursed by the D.C. Department of
Employment Services, Office of Workers Compensation, the appropriate
entitlement for sick and annual leave used by Geraldine Hobby, 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
because of an injury suffered at work. Mrs.Hobby is responsible for repaying
the balance of $ 1361.10 for leave that was used. The calculations are listed
below.

| | Hours Used | Total Due | Comp.pymt. | Emply. Bal |
|---|---|---|---|---|
| Holiday | 8 Days | | | |
| Sick Leave | 27.50 Days | | | |
| Annual Leave | | | | |
| Total | 35 Days | $5444.32 | $4083.21 | $1361.11 |

Mrs.Hobby may either pay the full amount in one lump sum or elect to have
installment payroll deductions from her/his check for an amount not less
than $0.00. Please be aware that without additional notification, the payroll
deductions will begin on   N/A, for an amount of $00.00 per pay period.
If Mrs. Hobby elects to make a lump sum payment or have a different amount
deducted we need proper notification before the specific date.

If you have questions, I can be reached at (202)727-5926.

District of Columbia Teachers' Retirement Plan





Summary Plan Description
2002



If you recover from a disability before retirement age, you will be reappointed to a position equal or similar to any position with the D.C. public schools that you occupied before retirement. If you refuse this appointment, your disability retirement benefit will be terminated and you will receive a deferred retirement benefit when you reach age 62.

## Applying for Survivor Benefits

Your survivor must apply for a survivor benefit. If you are retired at the time of your death, your survivor must contact the benefits administrator. If you are not retired at the time of your death, your survivor must contact OHR.

### If You Die During Active Service

To receive a survivor benefit—payable if you die during active service—your survivor must submit a complete death benefits claim form (available through OHR) and provide the form, a copy of your death certificate, and proof of eligibility to OHR. OHR will then forward your application and supporting documents to the benefits administrator for processing.

### If You Die After You Retire

If you die after you retire, your eligible surviving spouse and eligible children must complete a death benefits claim form and submit your death certificate and proof of eligibility (such as a marriage certificate) along with other supporting documents, to the benefits administrator. The benefits administrator will process the application and start payments once they determine that your survivor(s) or beneficiary is eligible. Some payments that are received after the retiree's date of death must be returned to the benefits administrator before a survivor can receive payments of their own.

## If Your Claim is Denied
## (For Benefits Earned On or Before June 30, 1997—
## Federal Benefit)

The following procedures for a denied claim for a retirement benefit apply to those who receive payments from the Federal Retirement Fund. For information about claims and appeal procedures from the District Retirement Fund, see page 38.

If your claim for a retirement benefit is denied in whole or in part, the benefits administrator will notify you in writing. The notice will advise you of your right to request reconsideration of the denial and the time limits for doing so. You must submit your request for reconsideration to the benefits administrator in writing within 60 days from the date of the denial. Your request must include:
• your name;
• your address;
• your date of birth;
• the claim number (if applicable); and
• a statement of the basis for the request.

If the benefits administrator denies your request for reconsideration, the decision must:
• be in writing;
• provide adequate notice of the denial, explaining the specific reason for the denial in an easy-to-understand manner; and

- provide notice of your right to appeal the benefit administrator's decision to the Treasury Department, the address where the appeal must be submitted, and state that the appeal must be received by the Treasury Department within 60 days from the date of the reconsideration decision.

If you submit an appeal to the Treasury Department, your appeal must include the same information as your original request for reconsideration. The Treasury Department must receive the appeal within 60 days from the date of the reconsideration decision.

The Treasury Department's final decision on the appeal must be in writing and must fully set forth the Treasury Department's findings and conclusions on the appeal, and must contain notice of the right to judicial review of the decision.

### Judicial Review

An individual whose claim has been denied (in whole or in part) by the Treasury Department in a final decision may file a civil action in the United States District Court for the District of Columbia. The action must be filed within 180 days of the date of the final decision from the Treasury Department.

# If Your Claim is Denied
# (For Benefits Earned After June 30, 1997—
# District Benefit)

If your claim for retirement benefits earned after June 30, 1997 is denied in whole or in part, you will receive a written notice of the denial from the District of Columbia within a reasonable amount of time after you file your claim, generally 90 days. The notice of denial will include:

- the specific reasons for the denial;
- the provisions of the applicable statute, regulations or fund procedures on which the denial is based; and
- an explanation of the steps you can take to submit a claim for review.

You have the right to a full and fair review of a claim that has been denied. This includes the right to review relevant documents. To obtain a review, you must submit a written request to the Mayor within 60 days after the denial, stating the basis for your request. The Mayor has 90 days to decide but may take as long as 120 days if notice is provided to the claimant. The decision on review must be in writing, include specific reasons for the denial and provide references to the laws, regulations or procedures on which the denial is based.

### Judicial Review

You have the right to file an action in the District of Columbia Court of Appeals to obtain a review of the final decision on your request for review.

- provide notice of your right to appeal the benefit administrator's decision to the Treasury Department, the address where the appeal must be submitted, and state that the appeal must be received by the Treasury Department within 60 days from the date of the reconsideration decision.

If you submit an appeal to the Treasury Department, your appeal must include the same information as your original request for reconsideration. The Treasury Department must receive the appeal within 60 days from the date of the reconsideration decision.

The Treasury Department's final decision on the appeal must be in writing and must fully set forth the Treasury Department's findings and conclusions on the appeal, and must contain notice of the right to judicial review of the decision.

### Judicial Review
An individual whose claim has been denied (in whole or in part) by the Treasury Department in a final decision may file a civil action in the United States District Court for the District of Columbia. The action must be filed within 180 days of the date of the final decision from the Treasury Department.

## If Your Claim is Denied
## (For Benefits Earned After June 30, 1997—
## District Benefit)

If your claim for retirement benefits earned after June 30, 1997 is denied in whole or in part, you will receive a written notice of the denial from the District of Columbia within a reasonable amount of time after you file your claim, generally 90 days. The notice of denial will include:
- the specific reasons for the denial;
- the provisions of the applicable statute, regulations or fund procedures on which the denial is based; and
- an explanation of the steps you can take to submit a claim for review.

You have the right to a full and fair review of a claim that has been denied. This includes the right to review relevant documents. To obtain a review, you must submit a written request to the Mayor within 60 days after the denial, stating the basis for your request. The Mayor has 90 days to decide but may take as long as 120 days if notice is provided to the claimant. The decision on review must be in writing, include specific reasons for the denial and provide references to the laws, regulations or procedures on which the denial is based.

### Judicial Review
You have the right to file an action in the District of Columbia Court of Appeals to obtain a review of the final decision on your request for review.

# ADDENDUM

Harm has come as a result of the D.C. Office of Hearings and Adjudications as well as, through the Appeal process by holding unfair, impartial and bias hearings, as well as no review. I was denied my rights to "Equal Justice Under the Law" and the "Merits" have not been heard. Enough is Enough! Victory is Mine! This is time for all of this adversity to end in 2007.

To GOD be the Glory!
In GOD I Trust,

Geraldine Talley Mobley

Note:

The Merit System Protection Act is another issue at hand.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

H
07-1061
RMC

## I (a) PLAINTIFFS

Geraldine Talley Hobby

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (N)P

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

## DEFENDANTS

District of Columbia

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

ATTORNI

Case: 1:07-cv-01061
Assigned To : Collyer, Rosemary M.
Assign. Date : 06/15/2007
Description: EMPLOY-DISCRIM.

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☐ G.  *Habeas Corpus/ 2255* | ☐ H.  *Employment Discrimination* | ☐ I.  *FOIA/PRIVACY ACT* | ☐ J.  *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☑ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K.  *Labor/ERISA (non-employment)* | ☐ L.  *Other Civil Rights (non-employment)* | ☐ M.  *Contract* | ☐ N.  *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

---

**V. ORIGIN**

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 2000

---

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☑ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☑ NO  If yes, please complete related case form.

**DATE**  **SIGNATURE OF ATTORNEY OF RECORD**  NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd