UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALDINE TALLEY HOBBY,      )
                                       )
         Plaintiff,           )
                                       )
     v.                    )     Civil Action No. 07-1061 (RMC)
                                     )
D.C. GOVERNMENT, et al.,     )
                                     )
         Defendants.      )

ORDER

Plaintiff has been granted leave to proceed *in forma pauperis*. Accordingly, it is

ORDERED that the Clerk of the District Court issue summonses for the defendants in

order for the United States Marshals Service to effect service of the complaint.

Rosemary M. Colly—

ROSEMARY M. COLLYER
United States District Judge

DATE: 31 July 2007