**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Superintendent Janey
DC Public Schools
825 N. Capitol St., NE, 6th Floor
Washington, DC 20002

Civil Action, File Number __07-1061 RMC__

__Geraldine T. Hobbs__
V.
__D.C. Government, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[Handwritten: FRT 07-1061 8-6-07]

behalf you are being served) must answer the
t by default will be taken against you for the

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superintendent Janey
DC Public Schools
825 North Capitol St., 6th FL.
Washington, DC 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Bels
C. Date of Delivery: 8/8/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5631

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

it of Summons and Complaint By Mail was
[signature]
MS Official)

COMPLAINT
omplaint in the above captioned manner at
_____
and Street Name or P.O. Box No.
_____
Zip Code

Signature
_____
Relationship to Entity/Authority to Receive
_____
Service of Process
_____
Date of Signature

Form USM-299
(Rev. 6/95)

**RECEIVED**
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense