UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GERALDINE TALLEY HOBBY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1061 (RMC) |
| ) | |
| **D.C. GOVERNMENT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Defendants filed a motion to dismiss on August 28, 2007. Plaintiff is proceeding *pro se*. The Court will rule on Defendants' motion taking into consideration the facts proffered in the Complaint, along with any response or opposition to the motion, and the entire record of the case.

If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall file a response to the Defendants' motion by **October 9, 2007,** or the Court will deem the matter conceded.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: September 4, 2007