UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Geraldine Talley-Hobby
　　Plaintiff

v.

District of Columbia, et al
　　Defendants

CA NO. 07-1061 (RMC)

**RECEIVED**
SEP 6 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OPPOSITION OF DISMISSAL AS STATED
TO D.C. ATTORNEY GENERAL'S OFFICE
AND
A REQUEST FOR AN EXTENSION OF
TIME TO FILE FURTHER
STATEMENTS OF FACTS

I Geraldine Talley-Hobby Prays, that the Court will extend the time to appropriately reply to the defendants allegations and deny such, as I am filing pro se I need additional time to seek and retain counsel or pro bono services, etc. of which I am in the process of now. Forty-five to 60 days or more is needed or whatever the court deems reasonable.

I am residing between two sons homes in different states, as well as a friend, which makes life extremely difficult, as I have lost two pieces of real property. It's too bad that the District of Columbia Gov't attempts to have cases denied rather than the facts and the truth heard.    TO GOD be the Glory! In GOD I Trust!

*Geraldine Talley Hobby*

Note: This case will involve the Merit Systems Protection Act, Disability Comp, etc.

Certificate of Service

This document is being served upon the D.C. Gov't on this 7th day of September in the year of my Lord and Saviour JESUS CHRIST 2007 at 441 4th St. NW. Sixth Floor South, Washington D.C. 20001 (202) 727-6295) to Linda Singer, George C. Valentine, Patricia A. Jones, and Leticia L. Valdes respectively.

    " GOD IS IN CONTROL "
    " ENOUGH IS ENOUGH "