UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Geraldine Talley Hobby,
Plaintiff
V.
District of Columbia, et al.,
Defendants.

(A No. 07-1061(RMC)

MOTION TO REQUEST A COURT APPOINTED ATTORNEY
MOTION TO REPLY AND AMEND
MOTION FOR A JURY TRAIL
MOTION TO EXPLAIN THE DAMAGES
MOTION TO AMEND BASED UPON OTHER FINDINGS-MERIT SYSTEM PROTECTION ACT AND THE COMPENSATION ACT
MOTION TO WAVE SERVICE
MOTION TO APPLY THE FACTS BASED UPON THE MERITS
MOTION TO APPLY THE LAW BASED UPON THE MERITS

I Geraldine Talley Hobby, pray that the court will appoint me an attorney, so that my rights will be ensured and secured, as well as justice being served, especially since the D.C. Government seeks to have cases dismissed, rather than the **Facts** and the **MERITS** being heard. This is **INJUSTICE** to plaintiffs (employees) and destroys **JUSTICE SYSTEMS**, as it is routinely done. Case no. never was heard, which was an appeal and suit could not win based on the **LAW** the facts and the Merits it choose to cop out and world mind my case. That case needs to be REVERSED/CONTROVERTED, as well as back to the Hearing Examiner/ Administrative Law Judge Robert R. Middleton did not apply D.C. Law 1-377, Compensation Act properly

RECEIVED

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Geraldine Talley Hobby

Plaintiff,

CA No. 07(2006)(RMC)

District of Columbia, et.al

Defendants,

(1) MOTION TO REQUEST A COURT APPOINTED ~~AND~~ (2) ~~FURTHER~~ MOTION TO REPLY AND AMEND

(3) MOTION FOR A JURY TRIAL

(4) MOTION TO EXPLAIN THE DAMAGES

accumulative Damage

(5) MOTION TO AMEND BASED UPON OTHER FINDINGS

(6) MOTION TO WAIVE SERVICE

I, Geraldine Talley Hobby, pray that the court will appoint me an attorney, so that my rights will be ensured and secured, as well as justice being served, especially since the D.C. Gov't seeks, to have cases dismissed, rather than "the Facts and the MERITS being heard. This is an INJUSTICE to plaintiffs (Claimants) and deteriates the JUSTICE SYSTEMS, as it is routinely done. Case No. never got heard, which was an appeal and suit but since the D.C. Gov't knew it could not win based on the LAW the facts, it choose to cop out and world wind my case. That

(7) MOTION TO APPLY THE FACTS BASED ON THE MERITS

(8) MOTION TO APPLY THE LAW BASED ON THE MER

case needs to be REVERSED/CONTROVERTED, AS WELL as the goes back to the HEARING EXAMINER[S] with Robert R. Middleton who did not apply D.C. LAW 1-377, COMPENSATION ACT properly, as well as D.C. Superior COURT Franklin Burgess Case No. ________. In both cases both were bias and impartial. R. Middleton knew he had not heard my case properly and refused to allow my case to be reheard, while Burgess knew he made a mistake by holding my administrative appeal in the wrong jurisdiction but he refuse to transfer it as timely into the D.C. Court of Appeals. Although, he could have heard the other part of my case with a suit, that keep getting placed into a world-wind with other filings in the D.C. Superior Court and the D.C. Court of Appeals, as well as in the U.S. District Court, Justice must be served. I need representation and can not pay an attorney, who file a multi-litigant case against D.C. Gov't, primary the D.C. Office of Risk Management, the Third Party Administrators and the Unions, with the Employing Agencies name: McMannus v. D.C. Gov't et al Case No.

and subsequent cases.

or reversed or introverted



3

~~Ewa~~ I want my case to be combined with this one and a court appointed assigned. ~~Additionally~~, The D.C. Gov't didn't pay my benefits on the right step and grade. Additionally, I didn't receive wage stacking for the part time position, which the Hearing Examiner (R.M) awarded in 1998, but the funds were never disbursed. These funds are still being held up by the Office of Risk Management's Interim Chief Kelly Valentine after the fact that it was not released by the Chief Financial Officer's Officers Unclaimed property against my social security number as not being released.

Your Honor, The D.C. Gov't has **DEPRIEVED** me of my **RIGHTS** continuously as I have tried to pursue this injustice continuously but I am not an attorney, while I have suffered and my children at the hands of their **CONSPIRACY** and **FRAUD** to block the following:

To GOD be the Glory! IN GOD I Trust! Geraldine Talley Hobby

**EQUAL JUSTICE UNDER THE LAW**

**EQUAL PROTECTION OF THE LAW**

**EQUAL ACCESS TO THE COURTS**

THIS must end!

In closing, I am requesting a ~~jury trial~~ JURY ~~TRIAL~~, under the U.S. Constitution, Amend. VII, For the prolong time limit that the D.C. Govt has willfully delayed justice, over a claim, which they have made adversarial, but which the law states that it should not be, and the lost of two pieces of real property and also personal ~~property~~. I am increasing the suit to $57,000,000.00 ($57 million) for ~~further~~ pain and suffering, [for myself and my children] compensatory and punitive, as well as undo duress.

~~In closing~~

TO GOD be the Glory!
IN GOD I Trust

Inclusion,

Geraldine Talley Hobby

My rights and privileges under the MERIT SYSTEM PROTECTION ACT ~~HAS~~ ~~BEE~~ has and is being violated, I need the court to hold all proceedings until an attorney at law represents me, as to the law, the facts, the damages, (as detailed)

MOTION TO ENLARGE EXTEND THE CLAIM TO THE MERIT SYSTEM PROTECTION VIOLATION AND ABUSE OF AUTHORITY; THIS ~~WHICH~~ INCLUDES DISABILITY WORKERS COMPENSATION COMPENSATION WHICH IS the beginning of this, cause and effect situation

In the previous appeal, and case of worker's compensation case was not heard on the merits. All administrative was closed by the D.C. Government, who refused to rehear my case or even reverse the decision is based on substantial competent evidence, but rather forced me into court and I've been in a world wind every sense. ~~There were~~ Federal questions were apparent, and diversity jurisdiction was lacking. The claim was brought to the remaining court by appeal.

A proceeding for an injunction is new discovered, or an action to set aside the administrative decision. Aleutian Homes v. Fisher, 418 P.2d. 769 (Alaska 1966). Texas Employers' Ins. Assn. v. Amarillo Grezee 669 S.W.2d 427 (Tex. App. Amarillo 1984) Prohibition has been held as an inappropriate mode for seeking relief. (82 Am Jur. 2d. Workers Comp § 641-§ 642

MOTION TO WAIVE SERVICE

Proof of service has been established. The D.C. Attorney General is questioning the person who received service. A waiver of service is in order especially since the document was received. Civil Proc. Rule 4(4)

In closing I pray that the court will allow Justice to be served finally. I have suffered and my family Long enough, too Long at the hands of D.C. Govt,

To GOD be the Glory!
In GOD I Trust!
Ms Geraldine Talley Hobby

This document was served upon the Attorney General Linda Singer at 441 4th St. NW Sixth Floor South, Wash, D.C. or a representative thereof listed or approved to receive mail