UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT
2007 DEC 28 PM 9: 43
FILING DEPOSITORY

Geraldine Talley Hobbx,
Plaintiff,

C.A. NO: 071061 (RMC)

v.

District of Columbia, et al,
Defendants,

RESPONSE TO THE MEMORANDUM OPINION

I. MOTION FOR RECONSIDERATION
MERITS AND EQUITABLE TOLLING

II. MOTION FOR RELIEF FROM JUDGEMENT
VACATE & OPEN

III. FURTHER MOTION FOR A COURT APPOINTED
ATTORNEY AND JURY TRAIL

- ATTORNEY OR FROM A LIST OFFERED BY
E E O C

IV. MOTION FOR LEAVE TO APPEAL IF NEED BE

V. MOTION TO AMEND THE COMPLAINT &
CONCLUSION

# PART I: RECONSIDERATION BASED UPON THE MERITS & EQUITABLE TOLLING

I, Geraldine Talley Hobby, the Plaintiff in this complaint, whose employment with the D.C. Public Schools was wrongfully and fradulently terminated, as well as her disability compensation benefits being wrongfully and fradulently terminated. The Plaintiff request to have her case heard based on the FACTS, MERITS & EQUITABLE TOLLING. I was hired on 01/09/67 by D.C.P.S. and unknowing to me my employment was under the U.S. Federal Gov'ts Cinl Service Status, which the D.C. Govt. concealed from me, and having certain rights, as Federal Government employees. On 05/04/90 my 2 year retention rights with an approval date of 05/15/95 was concealed in my file. Likewise, a termination board order was effective on 05/04/92 with an approval date of 05/15/95, which was concealed from me and not forwarded to me. Both occurred while I was receiving disability compensation benefits, without proper notification procedures, and placed into my file. Additionally, there was no opportunity to appeal purposely by the D.C. Government, in order to further deny my rights as a D.C.P.S. Art Teacher with Cinl Service Status, under the United States Government. The 180 days had already passed, as well as the 300 days.

4.

to any correspondences. Ms. JoAnne Gingsberg is looking into some POLICY, PROCEDURES, PRACTICES AND ADMINISTRATION OF THE LAW. Hopefully this administration will place the DISABILITY COMPENSATION PROGRAM back under DEPARTMENT OF EMPLOYMENT SERVICES placed it under D.C. LAW 3-177 COMPENSATION ACT and UNDER THE MERIT SYSTEM, in which some CITY OFFICIALS And FEDERAL OFFICIALS do not realize that some of D.C. Government Employeses have FEDERAL GOVERNMENT, CIVIL SERVICE STATUS and ENTILE-MENTS, While Some officials know and are trying to ROB US of OUR RIGHTS, and ENTILEMENTS the Federal Government must step in with oversight and monitoring, in order to ensure us of our rights and entilements, I have SUFFERED IRREPARABLE HARM in the entire matter, which I am look to and expecting the court to take action. Even City Council members have asked whether I have filed in court, along with some other injured workers. In another case McMannus v. D.C. Government, I

5.

am a plaintiff, and I want my case consolidated into this one, because I have suffered more than the other plaintiffs, as stated by some attorneys and other individuals. In other to do this I must get a pro bono attorney or pay the attorney who will take the case, an up front fee payment, then pay on monthly installments. If the Office of Risk Management would release of RETROACTIVE WAGE STACKING AWARD to pay an attorney past and present. Additionally, I was paid on the WRONG STEP and GRADE, while receiving benefits, and NO COLOAS ever paid. Additionally, after the 45 days of traumatic leave, I returned to work, and suffered a RECURRENCE and WORSENING of my condition, which was accepted medically and officially as a recurrence, or even that I had returned to work, and thereby concealing evidence further. All of this has been a horror story when the HEARING EXAMINER Robert R. Middleton, later called an ADMINIS- TRATIVE LAW JUDGE was never licensed by the D.C. Bar. Additionally, the attorney, who represented DCPS, Betty A. Franklin was not licensed by the

6.

D.C. Bar. Mr. Middleton stated that based on two I.M.E. reports of Drs. Williamson and Richard Holden, both Orthopeadic Surgeons I would return to full duty as, as A.H. Teacher, While earlier I.M.E. Louis Levitts, Orthopeadic Surgeon and Norman Horwitz, Neuro Surgeon both stated that I suffered permanent injuries, along with my Treating Physicians Earl, Mills, Neuro Surgeon and John Galeno, Orthopeadic Surgeon. With the signing of a poisonous pen over 3 decades of my life vanished from UPPER MIDDLE LIFESTYLE and into a lifestyle of CRISIS and POVERTY. the hands of workers of Iniquity within the D.C. Government. Ultimately, the D.C. Public Schools is my employment agency, that is responsible for my crisis and devastation as well, which needs to be fully investigated by Congress, The Department of Labor, The U.S. Department of Justice, and The Office of Personnel Management, in addition to the courts. All have been notified. The Equal Employment Opportunity Commission (EEOC) outline the issues in this manner of discrimination:

7

(1) My age (50/61) in violation of the Age Discrimination Act of 1967, as amended, (the year that I was hired by D.C.PS.)

(2) My race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended. (a year after after I graduated from high school and being one of the Norfolk 17 black students who integrated the public schools in Norfolk, Virginia).

(3) My disability in violation of the Americans with Disability Act of 1990, as amended. (The year in which I was injured, which determined my disability).

Based upon the EEOC charges, I was given THE RIGHT TO SUE based on it's investigation and the time beyond which they could have taken actions against DCPS, the D.C. Government but not beyond the court's taking the appropriate action for JUSTICE. The EEOC's conclusions are based upon SUBSTANTIAL COMETENT

8

EVIDENCE, which the D.C. Government can not dispute, therefore it continues to attempt to prevent my case from being heard by the courts or even consideration on the administrative level. The MERITS and the FACTS remain stedfast and unmoveable.

Nathan Saunders, Vice President of the Washington Teachers Union testified on April 5, 2007 that the D.C. Teachers Retirement fund was in a mess. Some teachers didn't have any retirement, while others were under allotted. I testified after him, stating my issues openly, and had spoken to him previously several times, with him not giving me any direct help on my GRIVANCE, as did Mr. Parker the President, and previously by the former outside President Barbara Bullock, who embezzled money from the union and cared more about herself than the teachers. Following my testimony City Council Chair, Vincent Gray told Mr. Saunders to help me and he stated that I was in litigation, and had an attorney ——— to him. He has not done so.

# PART II: RELIEF FROM JUDGEMENT: VACATE AND OPEN

9

This motion comes as a result of the injustice that the D.C. Government has per pertrated upon me and my children, as a defenseless injured widow, who has been abandoned by her employer DCPS (D.C. Government), who has concealed her rights and by the Union who was suppose to ensure her rights, as well as safeguard them. Subsequently, I was denied the right for employment under Americans with Disabilities and the right to retire under U.S. Labor Laws, or continued disability compensation benefits. I have been forced into a grand maze of confusion and into a box, which I have continually tried to escape this systematic and sytemic broken employment system for my life and my rights.

DCPS / D.C. Government concealed my CIVIL SERVICE STATUS rights under the MERIT SYSTEM, as other Federal Gov't workers have and some Federal officials are aware of and which Congress has ensured by the Committee on Federal Workforce, Postal Service and the District of Columbia.

10

As an unknown Lawxer has said
"If you don't know your rights
you simply don't have any."
the D.C.P.S. and Gov't has con-
cealed our rights there by,
WASTE, FRAUD, ABUSE, IN-
JUSTICE AND CORRUPTION
has invaded the Gov't of its
INTEGRITY, which is at RISK.
I made a formal complaint
with the D.C. Office of the
Inspector General, Complaint
No. 2007-0366, in which my
employment and disability comp.
benefits were fradulently term-
nated, in Jan. 2007. I am re-
questing a FOIA, in order to
receive their findings from
investigation. A request to have
the Compen. Fund Audited,
as well as the Administration
Fund of the Office of Risk
Management and the Third
Party Administrator, which
is unlawfully administering
the Disability Compensation
Program. There is no CHECK and
BALANCE SYSTEM therefore some
employees think they are "ABOVE
THE LAW."
    A HANDBOOK OF RIGHTS AND
RESPONSIBILITIES will eliminate
alot of CONFUSION and INJUSTICE.

11

My retirement benefits should have gone from D.C.P.S. on to the OFFICE OF PERSONNEL MANAGEMENT (OPM) for final processing and benefits from THE TREASURY. Therefore my benefits were Under THE FEDERAL RETIREMENT FUND PLAN. Some of the Administrative Law Judges Under the MERIT SYTEM are not aware of this.

The "Disability Compensation Program is NOT suppose to be, ADVERSARIAL", as stated by the Federal Compensation Program, guide lines... But this has been designed to eliminate injured workers from the disability compensation benefits role... GOD will judge these WORKERS of INIQUITY severly.

Every American is entitled to a "FAIR" and IMPARTIAL TRIAL/HEARING of which the D.C. Gov't has neglected to give me... Additional EQUAL ACCESS to the courts of which it has continuously block me, as well as constantly and forcing DURESS on me.

In light of this INJUSTICE past and present, "EQUITABLE TOLLING" is in order. as YOUR

12.

HONOR cited in THOMPSON v. WMATA, NO. 01-7026, 2001 WL 1154420 (D.C. Cir. Aug. 9 2001). "

DEPRIVATION of my "LIFE, LIBERTY and the PURSUIT OF HAPPINESS" has resulted as a consequence of the LACK of DUE PROCESS, as well as statements above and below, in addition to those, which have been previously stated. Actions by the Administration to the Judicial process, as not allowed "JUSTICE to be SERVED!", but has blocked it. The issues have been recurring and have not been addressed. A justicable controversey still remains and has not been resolved. Super Tire Engineening Co. v. McCogkle, 416 US. 115 94 S. ct. 1964, 40 L, Ed. 2d 1. The Plantiff has a considerable interest in the outcome of this matter, as the D.C. Gov't has PROLONGED the outcome of the ISSES, as well as a considerable number of Lawxers state is why they dont take any or many D.C. Gov't cases because they loose money. The DELAY by the D.C. Gov't is NOT a DENIAL. The TRUTH is being told and the FACTS are presented. The 5th AMENDMENT to

13.

the U.S. CONSTITUTION prohibits deprivation of "LIFE LIBERTY or PROPERTY without DUE PROCESS of LAW." It sets a limit on arbitrary and unreasonable actions by the federal government and D.C. Government (the cities and states). The 14th AMENDMENT TO THE U.S. CONSTITUTION contains parallel language "aimed at the states. Due process requires that ACTIONS OF GOVERNMENT occur through ORDERED AND REGULARIZED PROCESS. It SUBJECTS those PROCESSES to CONSTITUTIONAL and STATUTORY LIMITS in the PROTECTION of INDIVIDUAL RIGHTS"

The "two kinds of due process focuses on the methods or procedures by which governmental policies are executed." "It guarantees fairness in the processes by which government imposes regulations or sanctions." Under No. 1 PROCEDURAL DUE PROCESS, I was not formally notified of any proceeding in which I was a party and not afforded an opportunity for an IMPARTIAL HEARING. In the BILL of RIGHTS I have additional PROCEDURAL RIGHTS, which are enumerated under the 14th AMENDMENT. "SUBSTANTIAL DUE PROCESS represents the second kind of due process. This involves the "REASONABLENESS of POLICY CONTENT, as in D.C., . POLICIES may

13.

DENY SUBSTANTIVE DUE PROCESS, as in this matter, when they DO NOT RATIONALE RELATE TO LEGITIMATE LEGISLATIVE OBJECTIVES or when they are IMPERMISSIBLE VAGUE," which is the case with the D.C. Government.

It is further stated in the U.S Constitution Dictionary that "Due Process is an evolving concept that under goes continuing adjustment and refinement," "the heart of the matter is reasonableness." "It is the SUBSTANCE of a GOVERNMENT POLICY, or the PROCEDURES used to IMPLEMENT it, are ADJUDGED to be ARBITRARY and UNREASONABLE. The court can NULLIFY the POLICY or PRACTICE under the DUE PROCESS CLAUSE, The "SUPREME COURT has defined LEGAL CONTOURS of FAIRNESS." The Supreme Court in RUTHRAUF, ADM. V. KEINSINGER 214 Kan 185, 519 P.2d. 661 (1974), permitted commencement of an action more than ten years from the time of the culpable acts; The Plaintiff has been INJURED PHYSICALLY EMOTIONALLY as well as FINANCIALLY. EQUITY is on my side, never the less, and the court should decide in my FAVOR. The "COURTS NATIONALLY and in KANSAS SUPREME COURT have EXPRESSED, A POLICY FAVORABLE TO FAIR and REASONABLE "DISCOVERY" EXTENSIONS

14.

of the STATUE of LIMITATIONS;" and the question becomes; "How can the statue be interpreted so as to be LOGICAL, FAIR and CONSISTENT with PRIOR CASE LAW? The LAW is truly on my side and there are POLICY REASONS / FLAWS / VAGUE-NESS TO NON EXISTENCE ONES in place. PUBLIC POLICY is violated by D.C.

Under CONSTITUTIONALITY, the STATUE OF LIMITATIONS cited by the D.C. Gov't is UNCONSTITUTIONAL in this matter. Sometimes, as in this case a "plaintiff does not discover his/her injury until after a statue of limitations has run. The DISCOVERY RULE applies here, and I was faced with the prob-lem of this claim being barred at the time I discovered my injury. Therefore I challenge the statue, based, on the grounds that it violates the EQUAL PROTECTION guarantees of the applicable FEDERAL and STATE CONSTITUTIONS (OPEN COURTS DOC-TRINE). I ask that the Court con-siders the DISCOVERY RULE!"

Additionally, under the CIVIL RIGHTS ACT of 1964 (etc) "cases have held that the notice requirements of state and municipal laws DO NOT APPLY To CIVIL RIGHTS CLAIMS that

15

that have been brought for violation of federal constitutional and other civil rights". Its stated "underlying rationale is that state and local governments are barred by FEDERAL SUPREMACY LAWS from LIMITING ACCESS to FEDERAL REMEDIES," which the DC Government and DCPS, as well as the OFFICE OF RISK MANAGE-MENT (ORM) and THE THIRD PARTY ADMINISTRATOR have done.

Furthermore, in EN BANC opinion, the U.S. DISTRICT OF COLUMBIA CIRCUIT COURT of APPEALS has held that the DISTRICT of COLUMBIA NOTICE OF CLAIM REQUIREMENT CANNOT BE PERMITTED TO APPLY TO CAUSES OF ACTION, such as CONSTITUTION-AL TORT CLAIMS, that are CREA-TIONS OF FEDERAL LAW. "IF the PURPOSE of the STATUE OF LIMITA-TIONS IS TO DISCOURAGE PLAINTIFFS FROM STANDING ON THEIR RIGHTS," NO POLICY WOULD BE SERVED WHERE PLAINTIFFS ARE NOT EVEN AWARE OF THEIR RIGHTS. This is the case in this matter of INJUSTICE, in this MINORITY CASE.

The U.S. CONGRESS, has "vested the FEDERAL COURTS with JURISDICTION TO HEAR CASES, both CRIMINAL AND CIVIL, involving DEPRIVATION OF CIVIL RIGHTS, whether GUARANTEED

16.

by the CONSTITUTION, or by FEDERAL LAW. This ACTION charging DISCRIMINATION is brought under COLOR OF LAW. The D.C. Gov't et al. ACTIONS reflect a VIOLATION of the EQUAL PROTECTION CLAUSE OF THE CONSTITUTION. The "EQUALITY that respects the INHERENT DIGNITY OF EVERY HUMAN BEING" is at STAKE!

As to my "ENTITLEMENTS, which are LEGISLATIVELY CREATED RIGHTS and BENEFITS that the GOVERNMENT MAY NOT REVOKE without PROVIDING the RECIPIENT SOME KIND OF A HEARING, which I did not receive by the D.C.P.S." Furthermore, in 1970, in GOLDBERG v. KELLY the court announced that certain types of largesse, such as STATE WELFARE BENEFITS, MAY not be TERMINATED before an EVIDENTIARY HEARING, which my employer D.C.P.S. failed to allow me to have in the termination of my disability comp benefits as well. LIBERTY and PROPERTY RIGHTS, exist, but were STOLEN. In 82 AM JUR 2d § 94 Under, STATUTORY RIGHT OF ACTION, is also involved in this matter, as I was fired/terminated as a result of filing a worker's compensation claim, in which wage stacking was involved

17.

and still exist do to my disabilities.
Furthermore in RICO — ACTIONS,
requires that the Plaintiff discovered
both an injury and a pattern of RICO
activity. In RICELLA ACTIONS a
Plaintiff is required to move with
more diligence. In any case FRAUD
exists in these patterns. I have
moved as diligently, upon dis-
covery of the violations, as possi-
ble, as a pro se litigant with
and suffering disabilities. The D.C.
Gov't's pattern of procedures re-
mains obscure in face of my
diligence. Even some attorneys
have difficulty in this maze of
confusion and discouragement.
The FRAUDULENT CONCEALMENT
by the D.C. Gov't / DCPS ex. in that;
"(1) the defendant WRONGFULLY CON-
CEALED MATERIAL FACTS relating
to th defendants wrongdoing.
(2) this CONCEALMENT PREVENTED
plaintiff's DISCOVERY of the nature
of the claim within the limitations
period, and (3) the plaintiff exer-
cised DUE DILIGENCE in PURSU-
ING the DISCOVERY of the CLAIM
during the period plaintiff seeks
to have tolled, which involves
VARIOUS mentioned ISSUES.
Some referenced cases are
WILLIAM BRANDENBURG, JR v.

18

ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. (U.S. Court of Appeals for the Federal Circuit. 03-7203), in which a dismissal ORDER was REVERSED AND RE-MANDED, CIRCUMSTANCES, beyond my control have existed in this fradulent actions but, with all true diligence, I have not given up. It has been difficult to find competent legal representation, without putting up a substantial amount of money up front, while just trying to live, as well. In WALLACE v. KATO S. Ct. 1091, 166 L Ed. 2d. 973 (2007, THE DOCTRINE OF EQUITABLE TOLLING WAS APPLIED.

The FAIR EMPLOYMENT and HOUS-ING ACT (FEHA) requires that the limitations period be liberally construed in line with the prefe-rence for resolving claims on the MERITS. On Monday, June 4, 2007 in a pattern of racial discrimina-tion at Antelope Valley Community College Sylvia Brown. Continued to pursue remedies with her em-ployer, as I have continued to do. STATUE OF LIMITATIONS is subject to EQUITABLE TOLLING, so the court is not automatically deprived of SUB-JECT MATTER JURISDICTION. the

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2007 DEC 28 PM 9: 43

FILED DISPOSITION

19.

EQUITABLE TOLLING DOCTRINE allows plaintiffs to sue after the statutory time limit has expired if they have been prevented from suing due to inequitable circumstances. This doctrine allows the case to move forward and not bar a claim if the plaintiff, despite diligent efforts did not discover the injury until after the limitations period had expired. EQUITY needs to be forced upon the D.C. Gov't (DCPS, ORM & TPA). Fairness, impartiality, even handed-dealing is not an option of the D.C. Gov't but it is a demand by the U.S. Constitution, the U.S. Congress and the Courts. Polices require that the D.C. Gov't use EQUITY in dealing with employees. The QUESTION is, the D.C. Gov't has a body of principles constituting what is FAIR and RIGHT, NATURAL LAW, which is the concept of "INALIENABLE RIGHTS" which Reflects the influence of EQUITY on THE DECLARATION OF INDEPENCE. As stated in BLACKS LAW DICTIONARY it is further stated that EQUITY is the RECOURSE to PRINCIPLES OF JUSTICE TO CORRECT OR SUPPLEMENT THE LAW as applied to particular circumstances. This LATENT EQUITY is an EQUITABLE CLAIM or RIGHT Known only by the D.C.

20.

Gov't and then by the Plaintiff as it was concealed from her, interms of the EQUITY MATTER, EQUITY JURISDICTION exists and the wrong that the Gov't has forced upon plaintiff was and is EGREGIOUS, as the EEOC for-saw. My employer DCPS, D.C. Gov't VIOLATION was willful under the FAIR LABOR STANDARDS ACT, 29 USC. $255 as to the WRONG STEP AND GRADE, as WELL as RETROACTIVE WAGE STACKING, which is still outstanding, PLUS PENALTIES and INTEREST due to the WORK RELATED INJURY.

FOR ALL OF THE ABOVE REASONS, I PRAY that the court will hear my case, which has been long overdue. "JUSTICE MUST and WILL PREVAIL" The CONTROVERY REMAINS UN-HEARD, and it is a BONA FIDE CONTROVERSY. (DE FUNIS V. ODEGAARD 416 U.S. 312 : 1974) JUSTI CABILITY needs to be ENFORCED here also. Under the NATIONAL LABOR RE-LATIONS ACT my union, THE WASH-INGTON TEACHERS UNION should have ensured my RIGHTS but it failed to do so. Subsequently, SUBSTANTIVE DUE PROCESS is warranted which focuses on the CONTENT OF D.C. GOV'T'S POLICIES & ACTIONS.

21.

(MEYER v. NEBRASKA -262 U.S. 390: 1923)

PART III: A COURT APPOINTED 22.
ATTORNEY, JURY TRIAL, etc.

The Plaintiff feels that the continued INJUSTICE by the D.C. Gov't must cease and that this matter warrants a court appointed ATTORNEY, or the opportunity to further secure one before going to TRAIL before a JURY, in order that her case is given JUSTICE and the CREDIT that it DESERVES. The Plaintiff has STRUGGLED with matter too long because she has been repeatedly BLOCKED from the court INTENTIONALLY by the D.C. Gov't, as well as WILLFULLY.

The ABUSE OF AUTHORITY must CEASE,

## PART IV: AMEND COMPLAINT 23.

I request an opportunty(ies) to amend this complaint, as is necessary in terms of all ISSUES, FACTS and MERITS, as needed, which includes additional infractions of the MERIT SYSTEM and the WASHINGTON TEACHERS UNION, as needed, which is being filed with the EEOC.

My case has been presented the best that I could, since I am not an attorney and I hope that YOUR HONOR which view my case, as such, and render a "FAIR and IMPARTIAL"

Note:
DISABILITY COMP HEARING
It is stated by the D.C. Bar that Robert R. Middleton, an HEARING EXAMINER/ADMINISTRATIVE LAW JUDGE was not a member of the D.C. BAR, Additionally the attorney Betty A. Franklin for the D.C. Public School System was not a member of the D.C. Bar, This is further FACTS and INCOMPETENCE, as well as ABUSE OF AUTHORITY.

PART V: LEAVE TO APPEAL IF 24th.
NECESSARY

Additionally, I request an opportunity to appeal this case if necessary, but I HOPE and PRAY that YOUR HONOR will look at the outrageous circumstances of INJUSTICE which the D.C. Government etal have administered towards me, after I gave my LIFE DEDICATED and COMMITTED SERVICE to the DISTRICT OF COLUMBIA GOVERNMENT, which has ABANDON-ED me and placed MY LIFE at RISK!

Note:

U.S. DISTRICT COURT CASE

03-272

This case

Under Judge James Robertson is proof of the fact that I have applied diligence to the ROOT of the pro-blem RESTORATION of MY DISA-BILITY COMPENSATION BENEFITS and MY EMPLOYMENT ISSUES with D.C. PUBLIC SCHOOLS to no avail but blocked by the Gov-ernment Corporation Counsel Jack Simonds I have made numerous efforts

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT    25

2007 DEC 28 PM 9: 43

FILING DEPOSITORY

attempting to have my case heard on appeal (disability compensation) and as a direct law suit on that issue, and wrongful termination, but the D.C. Government has blocked and continues to BLOCK MY ACCESS to the COURT repeatedly. Inspite of, the fact that the Gov't knows that it's wrong from one administration to another, it continues with a cover up of injustice.

A REVERSAL IS IN ORDER

TO GOD be the Glory!

IN GOD I Trust!

Geraldine Sallis Holly